UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL ACTION-LAW

| | | |
|---|---|---|
| LILIYA SOKOLISKY | : | |
| | : | |
| Plaintiff | : | |
| | : | No.: 13-2181 |
| v. | : | |
| | : | |
| DYNAMIC RECOVERY SOLUTIONS | : | |
| | : | |
| Defendant | : | |

## NOTICE OF VOLUNTARY DISMISSAL

To the Clerk of Court:

Kindly mark this case as voluntarily dismissed by Plaintiff as it has been settled.

Respectfully Submitted,
**BLITSHTEIN & WEISS, P.C.**

By: _____
Tova Weiss, Esquire
Iriana Blitshtein, Esquire
648 2nd Street Pike
Southampton, PA 18966
(215)364-4900
Fax (215)364-8050
Attorneys for Plaintiff

Date: July 24, 2013